# Unclaimed Funds

Entered 1/1/2001 to 3/7/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 09-30933 -hjb 19222755 | L. JED BERLINER, ESQ. BERLINER LAW FIRM 95 STATE STREET- SUITE 1010 SPRINGFIELD, MA 01103-2081 01103-2081 | 3,163.00 | 03/07/2014 |

**Grand Total: 3,163.00**